AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>KENNETH ARMSTRONG III<br><br>Defendant | ) Case: 1:22-mj-00015<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/18/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KENNETH ARMSTRONG III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/18/2022

G. Michael Harvey
2022.01.18 15:06:25 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/18/22, and the person was arrested on *(date)* 1/20/22
at *(city and state)* Half Moon Bay, CA.

Date: 1/20/22

*Arresting officer's signature*

Special Agent Desieee Goreham
*Printed name and title*