✎ CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No. 22-cr-45 (RCL)

__United States__ vs. __Kenneth Armstrong, III__

**ORDER TERMINATING APPOINTMENT OF COUNSEL and/or AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

Check one or both

☐
☑

WHEREAS, __David W. Rizk, Assistant Federal Public Defender__ was appointed as counsel for the above defendant/petitioner, on the 16th day of February, 2022; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __500__ be paid by said defendant/petitioner or by _____ as follows:

Defendant shall pay $500.00 toward the cost of his representation on or before the 10th of each month, beginning in March 2022 and continuing for 18 months.

Payments shall be made by check or money order made out to "Clerk, US District Court" and shall be sent to U.S. District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001.

Payments shall be identified, either by a notation on the payment instrument or in an attached document, with the following information in substantially this format: U.S. v. Armstrong, 22-cr-45 (RCL); payment for appointed counsel pursuant to 18 U.S.C. section 3006A(f).

Defendant may seek relief from this Order in the interests of justice if his financial situation changes materially or for any other appropriate reason.

Dated February 22, 2022

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge

**DISTRIBUTION:**    **COURT'S FILE**    **COURT APPOINTED COUNSEL**    **PERSON REPRESENTED**    **CLERK'S FILE**