**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :     Case No. 1:22-CR-00045-RCL |
| **KENNETH ARMSTRONG III,** | : |
| **Defendant.** | : |

**DECLARATION OF KENNETH ARMSTRONG III**

I, Defendant Kenneth Armstrong III, declare as follows:

1. I am the defendant in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of a financial declaration I signed on January 21, 2022 and submitted to the Court.

3. I have complied with the Court's order requiring me to make monthly contributions to the cost of my representation by the Federal Public Defender's Office for the last seven months and paid $3500 to the Court Clerk's Office.

4. I am an organic farmer and the sole owner of Ouroboros Farms LLC in Half Moon Bay, California. Most years, the farm is not profitable and I have to invest my personal savings to cover losses. My current cash flow is consistently negative.

5. I do not own any real property since I was forced to sell my house approximately a year ago to cover various debts, including some related to my farm. I converted the funds from the sale of my house to cryptocurrencies.

6. My farm has been negatively impacted by the pandemic since my clients, primarily local restaurants, have curtailed or cancelled orders.

7. Attached hereto as Exhibit B is a true and correct copy of an updated financial declaration I signed on August 23, 2022 and submitted to the Court.

8. Since the institution of this case, as reflected in my updated financial declaration, my financial condition has deteriorated. I have significant outstanding business and personal debts. Due to the steep decline in the value of cryptocurrencies in the past several months, I have lost approximately three-quarters of my savings.

I declare the foregoing is true and correct under penalty of perjury. Sworn this 23rd day of August of 2022 in San Francisco, California.

By: _____