UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-CR-00045-RCL |
| | : | |
| | : | |
| KENNETH ARMSTRONG III, | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

**MOTION TO REQUEST HEARING**

Defendant Kenneth Armstrong III respectfully moves the Court for an opportunity to be heard at the first available date on his pending Unopposed Motion to Vacate Order Authorizing Distribution for Available Private Funds (Dkt. No. 24), by either the district court or the magistrate court in this matter. He further respectfully requests that the hearing be conducted by Zoom given that he lives in the Northern District of California and it is onerous for him and for counsel to travel for a hearing.

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

By:  /s/ David Rizk
David Rizk
Assistant Federal Defender
Counsel for Kenneth Armstrong III
450 Golden Gate Avenue
Room 19-6884, Box 36106
San Francisco, CA 94102
David_Rizk@fd.org
(415) 436-7700

## CERTIFICATE OF SERVICE

      On this 7th day of September, 2022, a copy of the foregoing was served on counsel of record for the parties via the Court's Electronic Filing System.

                    /s/  David W. Rizk
                    David W. Rizk
                    Assistant Federal Public Defender
                    Counsel for Kenneth Armstrong III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:22-CR-00045-RCL** |
| : | |
| : | |
| **KENNETH ARMSTRONG III,** : | |
| : | |
| : | |
| : | |
| **Defendant.** : | |

# **ORDER**

This matter shall be set for a hearing on _____.

IT IS SO ORDERED.

                                                                                            _____

                                                                                            HONORABLE ROYCE C. LAMBERTH
                                                                                            United States District Judge