| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| 3 | DAVID RIZK |
| | Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106 |
| | 450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 6 | Facsimile: (415) 436-7706 |
| | Email: david_rizk@fd.org |
| 7 | |
| 8 | Counsel for Defendant ARMSTRONG III |
| 9 | |
| 10 | IN THE UNITED STATES DISTRICT COURT |
| 11 | FOR THE DISTRICT OF COLUMBIA |
| 12 | |
| 13 | |

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, | **Case No.:** CR 22–45 RCL |
| 15 | Plaintiff, | **ADDITIONAL LETTERS IN SUPPORT** |
| 16 | v. | **OF DEFENDANT'S SENTENCING** |
| | | **MEMORANDUM** |
| 17 | KENNETH ARMSTRONG III, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Mr. Armstrong respectfully submits the attached letter to the Court from himself, as well as additional letters of support from his friends and family.

Dated: June 9, 2023

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
DAVID RIZK
Assistant Federal Public Defender