June 6, 2023

Kenneth S. Armstrong III



To the Honorable Judge Lamberth,

I wish to begin this by acknowledging the crime of parading, demonstrating, or picketing in a Capitol Building.  It was wrong, and I am remorseful, and I apologize for committing this crime.  The violence that was committed that day was abhorrent as was any property destruction that was committed by individuals.

I went to the rally for President Trump to exercise my first amendment rights.  I had no intention, nor expected to enter the building that day.  I was there to peacefully protest.  I was honestly surprised as we walked to the building.  Caught up in the crowd, I walked to the outside of the western entrance, and watched as a steady stream of individuals went in and out of the building unhindered.

Against my better judgment, I lined up and entered the building, knowing that it was inappropriate to do so.  I spent less than 15 minutes inside the building, and while there I did not touch anything.  I did not confront any law enforcement.  I did not walk past any officer that was in any way blocking the route into the building, even though I saw others do so.  I was in a state of awe and reverence.  I took some pictures and video, and then calmly and peacefully walked back out the way I came.  At no point did any officer ask me to leave or speak to me indicating it was inappropriate to be in the building.  I would never have dared to disobey a lawful command by those in charge of security.  Nevertheless, I knew full well given everything that I had seen that I was not supposed be there and I should have just left after the rally by the White House.

That day was a tragedy for what happened, and I am ashamed that I was a part of it.  I knew better, yet let the formation of the crowd cloud my better judgement.  I took no part in any violence, did not enter any rooms, or pass any thresholds aside from the entrance from outside, and did not interfere with or confront any Capitol Police officers that day.

I have paid a price for what I did that day.  The media coverage of my arrest (local TV and print) focused on my sustainable farming business (I was there as a private individual), and that coverage has severely impacted my sustainable agriculture business, losing my largest customer, forcing me to spend my own savings to keep the business alive.  Additionally there was some vandalism of my business.

I thank you for taking the time to read this and I throw myself on the mercy of the Court.

Respectfully,

Kenneth S. Armstrong III